## Mark G. SIMPSON, Plaintiff–Appellant,

v.

## Deputy LOVITT; Deputy Gwaltney; James H. Dunning, Sheriff, Defendants–Appellees.

No. 02–7773.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 30, 2003.

Decided Feb. 5, 2003.

Mark G. Simpson, Appellant Pro Se.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Mark G. Simpson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Simpson v. Lovitt,* No. CA–02–1465–AM (E.D.Va. Oct. 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*